# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

In re Application of  
Canadian Private  
Copying Collective

No. 11-MC-0028 (SRN/SER)

**ORDER**

---

    Bryan M. Seiler & Carl Crosby Lehmann, Esqs., Gray Plant Mooty Mooty & Bennett, PA, 80 South 8th Street, Suite 500, Minneapolis, MN 55402 for Applicant.

---

    The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. CPCC's Application for Discovery Pursuant to 28 U.S.C. § 1782 [Doc. No. 1] is **GRANTED**;

2. CPCC may subpoena from Microboards: invoices, shipping documentation, customs declarations and emails, letters and notes regarding the supply shipping or freight forwarding of CD-Rs, CD-RWs, CD-R Audio, CD-RW Audio, audio cassettes, and minidiscs to Blue Media, CUC, CUD, Tekmedia, or Vu from January 1, 2001 to date.

Dated: May 2, 2011

                                                s/ Susan Richard Nelson  
                                                SUSAN RICHARD NELSON  
                                                United States District Court Judge